UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED BELL (#179820)

VERSUS

KIP HOLDEN, ET AL

CIVIL ACTION

NO. 08-44-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 31, 2008 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 42 U.S.C. § 1997d, but with prejudice to the refiling with in forma pauperis status.

Baton Rouge, Louisiana, this 28th day of February, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE